Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
GARY E. DAVIES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. DAVIES | Case No.: 1:15-cv-00722-SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Gary E. Davies and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 35 days from December 28, 2015 to February 1, 2015 for Plaintiff to file a opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the

///

-1-

issues presented.

DATE: December 28, 2015    Respectfully submitted,

            LAWRENCE D. ROHLFING

           /s/ *Vijay J. Patel*
       BY: _____
         Vijay J. Patel

         Attorney for plaintiff Mr. Gary E. Davies

DATE:  December 28, 2015
         BENJAMIN WAGNER
         United States Attorney

          /s/ *Donna W. Anderson*
      BY: _____
        Donna W. Anderson
        Special Assistant United States Attorney
        Attorneys for defendant Carolyn W. Colvin
        |*authorized by e-mail|

### **ORDER**

IT IS SO ORDERED.

 Dated:  **December 28, 2015**      **/s/ Sandra M. Snyder**
                 UNITED STATES MAGISTRATE JUDGE